Certificate Number: 03088-PAE-DE-031388270

Bankruptcy Case Number: 18-14158



03088-PAE-DE-031388270

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 27, 2018, at 5:00 o'clock PM CDT, Mary L Riisen completed a course on personal financial management given by internet and telephone by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: July 27, 2018

By: /s/Doug Tonne

Name: Doug Tonne

Title: Counselor