UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Re: Debtor(s): Arnie J. Riisen & Mary L. Riisen

: CHAPTER 13
: Case No. 18-14158

## PRAECIPE TO WITHDRAW THE PROOF OF CLAIM

Kindly withdraw the Proof of Claim that was filed with the Bankruptcy Court on July 12, 2018, in the amount of $2,548.51 for Tax Parcel No. 43-2N-43, on behalf of the Tax Claim Bureau, in and for the County of Chester.  The delinquent real estate taxes due and owing have been paid in full.

David Unger
Judicial Sale Coordinator
Chester County Tax Claim Bureau

NOV 26 2018



UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Re: Debtor(s): Arnie J. Riisen & Mary L. Riisen

: CHAPTER 13
: Case No. 18-14158

## CERTIFICATION OF SERVICE OF PETITION TO WITHRAW

I, David Unger, Judicial Sale Coordinator for the Chester County Tax Claim Bureau,

hereby certify that I have served a true and correct copy of a the Petition to Withdraw the Proof

of Claim filed on behalf of the Chester County Tax Claim Bureau by United States Mail, First

Class, Postage Prepaid, on the 21st of November, 2018, on the following:

Brad J. Sadek, Esquire
1315 Walnut Street
Suite 502
Philadelphia, PA 19107

William C. Miller, Trustee
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

David Unger
Judicial Sale Coordinator
Chester County Tax Claim Bureau