# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**IN RE:**

| | | |
|---|---|---|
| | : | Chapter 13 |
| Arnie J. Riisen | : | |
| Mary L. Riisen | : | Case No.: 18-14158ELF |
| | : | |

## PRAECIPE TO CHANGE DEBTOR'S ADDRESS

TO THE CLERK:

Kindly change the Debtor's address from 737 Thomas Jefferson Road, Wayne, PA 19087 to: **1118 Balley Drive, Phoenixville, PA 19460.**

Dated: August 23, 2019                              */s/ Brad J. Sadek*
                                                                   Brad J. Sadek, Esquire
                                                                   Counsel for Debtor