United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Arnie J Riisen  
Mary L Riisen  
     Debtors

Case No. 18-14158-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2　　　User: Virginia　　　Page 1 of 1　　　Date Rcvd: Feb 27, 2020  
　　　　　　　　　　　　　Form ID: trc　　　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 29, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
14126623　　　+E-mail/Text: bbagley@enerbankusa.com Feb 28 2020 03:33:30　　　Enerbank Usa,  
    1245 E Brickyard Rd Ste,　　Salt Lake City, UT 84106-2559  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 1

　　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 29, 2020　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2020 at the address(es) listed below:  
    BRAD J. SADEK　　on behalf of Joint Debtor Mary L Riisen brad@sadeklaw.com, bradsadek@gmail.com  
    BRAD J. SADEK　　on behalf of Debtor Arnie J Riisen brad@sadeklaw.com, bradsadek@gmail.com  
    JAMES RANDOLPH WOOD　　on behalf of Creditor　　Tredyffrin-Easttown School District and Tredyffrin Township jwood@portnoffonline.com, jwood@ecf.inforuptcy.com  
    KEVIN G. MCDONALD　　on behalf of Creditor　　Ally Bank bkgroup@kmllawgroup.com  
    United States Trustee　　USTPRegion03.PH.ECF@usdoj.gov  
    WILLIAM C. MILLER, Esq.　　ecfemails@ph13trustee.com, philaecf@gmail.com  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 6

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 18-14158-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Arnie J Riisen
1118 Balley Drive
Phoenixville PA 19460

Mary L Riisen
1188 Balley Drive
Phoenixville PA 19460

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/26/2020.

Name and Address of Alleged Transferor(s):

Claim No. 3: Enerbank Usa, 1245 E Brickyard Rd Ste, Salt Lake City, UT 84106

Name and Address of Transferee:

JEFFERSON CAPITAL SYSTEMS LLC
PO Box 7999
St Cloud MN 56302

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    02/29/20

Tim McGrath
**CLERK OF THE COURT**