United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 18-14158-elf |
|---|---|
| Arnie J Riisen | Chapter 13 |
| Mary L Riisen | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Aug 27, 2021 | Form ID: 138OBJ | Total Noticed: 47 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Arnie J Riisen, 1118 Balley Drive, Phoenixville, PA 19460-5904 |
| jdb | | Mary L Riisen, 1188 Balley Drive, Phoenixville, PA 19460 |
| 14190170 | + | Ally Bank, c/o Cenlar FSB, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 14163608 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14126607 | + | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 14126609 | + | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 14181807 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14126610 | + | Best Buy Imports, 4060 Frankford Ave, Philadelphia, PA 19124-4533 |
| 14130409 | + | CarMax Auto Finance dba CarMax Business Services,, 225 Chastain Meadows Court,, Suite 210, Kennesaw, GA 30144-5942 |
| 14126612 | + | Carmax Auto Finance, Attn: Bankruptcy Department, Po Box 440609, Kennesaw, GA 30160-9511 |
| 14126617 | + | Chester County Tax Claim Bureau, 313 W Market St # 4202, West Chester, PA 19382-2804 |
| 14190208 | | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 14126622 | + | Credit First National Assoc, Attn: BK Credit Operations, Po Box 81315, Cleveland, OH 44181-0315 |
| 14126624 | ++ | FLAGSHIP RESORT, 60 NORTH MAINE AVENUE, ATLANTIC CITY NJ 08401-5518 address filed with court:, Flagship, 60 North Maine Ave, Atlantic City, NJ 08401 |
| 14189267 | + | James R. Wood, Esquire, Portnoff Law Associates, Ltd., Atty for Tredyffrin-Eastown, School District, 2700 Horizon Drive, Suite 100 King of Prussia, PA 19406-2726 |
| 14126626 | + | KML Law Group P.C., Suite 5000- BNY Independance Center, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14126627 | + | Marriot, 1200 Bartow Rd, Lakeland, FL 33801-5901 |
| 14184449 | + | Nordstrom, Inc., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14126631 | + | Portnoff Law Associates, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14188769 | + | Tredyffrin Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14188771 | + | Tredyffrin-Easttown School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14174154 | + | WELLS FARGO BANK SMALL BUSINESS LENDING DIVISION, P.O. Box 29482, Phoenix, AZ 85038-8650, Telephone number: (888) 715-4315, SBLBKInquiry@wellsfargo.com 85038-9482 |
| 14126633 | + | Wells Fargo Financial, 3201 N. 4th Avenue, Sioux Falls, SD 57104-0700 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 27 2021 23:28:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 27 2021 23:28:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14126611 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 27 2021 23:33:20 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14165286 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 27 2021 23:33:20 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14126613 | + | Email/Text: clientservices@credit-control.com | Aug 27 2021 23:28:00 | Central Loan Admin & R, 425 Phillips Blvd, |

Case 18-14158-elf   Doc 41   Filed 08/29/21   Entered 08/30/21 00:38:12   Desc Imaged
                              Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 27, 2021 | Form ID: 138OBJ | Total Noticed: 47 |

| | | | | |
|---|---|---|---|---|
| | | | | Ewing, NJ 08618-1430 |
| 14126618 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 27 2021 23:33:26 | Citibank North America, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14126619 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 27 2021 23:33:16 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14126620 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 27 2021 23:33:16 | Citicards Cbna, Citicorp Credit Svc/Centralized Bankrupt, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14126621 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 27 2021 23:28:00 | Comenitycapital/hlthip, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 14126623 | + | Email/Text: bbagley@enerbankusa.com | Aug 27 2021 23:28:00 | Enerbank Usa, 1245 E Brickyard Rd Ste, Salt Lake City, UT 84106-2559 |
| 14126625 | + | Email/Text: bankruptcy@huntington.com | Aug 27 2021 23:28:00 | Huntington Natl Bk, Huntington National Bank - Bankruptcy No, Po Box 89424, Cleveland, OH 44101-6424 |
| 14473500 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 27 2021 23:28:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 14126616 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Aug 27 2021 23:33:15 | Chase Card Services, Attn: Correspondence, Po Box 15278, Wilmington, DE 19850 |
| 14126614 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Aug 27 2021 23:33:15 | Chase Card Services, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14187413 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 27 2021 23:33:16 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14126628 | + | Email/PDF: pa_dc_claims@navient.com | Aug 27 2021 23:33:25 | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes-Barre, PA 18773-9500 |
| 14170572 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Aug 27 2021 23:28:00 | Navient Solutions, LLC. on behalf of, United Student Aid Funds, Inc., GLHEC and Affiliates, PO BOX 8961, Madison, WI 53708-8961 |
| 14126630 | + | Email/Text: bnc@nordstrom.com | Aug 27 2021 23:28:19 | Nordstrom FSB, Attn: Bankruptcy Department, Po Box 6555, Englewood, CO 80155-6555 |
| 14185108 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 27 2021 23:33:25 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14127119 | + | Email/PDF: rmscedi@recoverycorp.com | Aug 27 2021 23:33:25 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14161066 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 27 2021 23:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14186130 | | Email/Text: bnc-quantum@quantum3group.com | Aug 27 2021 23:28:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14126632 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 27 2021 23:33:25 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14167784 | + | Email/Text: bankruptcy@huntington.com | Aug 27 2021 23:28:00 | The Huntington National Bank, P O Box 89424, Cleveland OH 44101-6424 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 27, 2021 | Form ID: 138OBJ | Total Noticed: 47 |

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14126608 | *+ | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 14126615 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14126629 | *+ | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes-Barre, PA 18773-9500 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2021    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Joint Debtor Mary L Riisen brad@sadeklaw.com  bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com |
| BRAD J. SADEK | on behalf of Debtor Arnie J Riisen brad@sadeklaw.com  bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Tredyffrin-Easttown School District and Tredyffrin Township jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| KEVIN G. MCDONALD | on behalf of Creditor Ally Bank bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Arnie J Riisen and Mary L Riisen
    Debtor(s)

Case No: 18−14158−elf
Chapter: 13

___

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 8/27/21